# EXHIBIT J

# FLSA (*Arriaga*[1]) and Contract Expenses Owed to Plaintiffs

## in U.S. Dollars[2]

| Plaintiff's Last Name | Plaintiff's First Name | Hometown | Season | Transportation Total | Food & Lodging Total | Immigration Total | Reimbursement from Spivey Farms to Plaintiff | Total Actual Damages Due Plaintiff |
|---|---|---|---|---|---|---|---|---|
| Santos-Barron | Juan | Ciudad del Maiz, San Luis Potosí, Mexico | 2007 | $60.00 | $0 | $0 | $0.00 | $60.00 |
| Santos-Barron | Juan | Ciudad del Maiz, San Luis Potosí, Mexico | 2008 | $82.50 | $95.00 | $199.00 | $160.00[3] | $216.50 |
| Luz-Luz | Martin | Senguio, San Luis Potosí, Mexico | 2008 | $265.00 | $285.00 | $184.00 | $0.00 | $734.00 |

---

[1] *Arriaga v. Fla. Pac. Farms, LLC*, 305 F.3d 1228 (11th Cir. 2002).

[2] The calculations in this chart are based on an exchange rate of $10 pesos to $1.00 U.S.

[3] Plaintiff Juan Santos-Barron does not recall whether he received $155 or $160 in reimbursement from Defendant. (Santos-Barron Dec. ¶ 22). Plaintiffs give Defendant the benefit of the doubt and have calculated Mr. Santos-Barron's damages based upon the $160 reimbursement rate.