**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSE JUAN CEPEDA-MARTINEZ, et al.,

    Plaintiffs,

v.                                                               CASE NO: 8:09-cv-2387-T-26EAJ

DENNIS H. SPIVEY d/b/a Spivey Farms,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Plaintiffs Martin Luz-Luz and Juan Santos Barrons' Motion for Partial Summary Judgment (Dkt. 22) is denied as moot and without prejudice. In the event the Court for some reason fails to approve the parties' forthcoming joint motion to approve settlement, Plaintiffs may refile the motion by filing a perfunctory motion adopting the original motion. In that event, Defendant shall have ten (10) days to file a response.

**DONE AND ORDERED** at Tampa, Florida, on February 22, 2011.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record